Respondents, v. John D. Baumann & Company and John D. Baumann, Impleaded with Otto Isenstein, Appellant. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph M. Abrams, Appellant, v. Manufacturers and Traders' National Bank of Buffalo, Respondent, Impleaded with Manhattan Consumers' Brewing Company.— Order affirmed, with ten dollars costs and disbursements. No opinion. McLaughlin, J., dissented.

In the Matter of Henry Meyer, Deceased. Charles Michael and Celia Michael, Guardians of Eva Michael and Solomon Michael, Infants, Appellants; Hugo Freudenthal and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Fleischmann Brothers Company, Appellant, v. William J. Higgins, Respondent, Impleaded with Bernheimer & Schwartz Pilsener Brewing Company and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elmer H. Cohic, Appellant, v. Von H. Herr, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Albert Gross. The People of the State of New York v. Samuel Weingarten.— Motions granted.

The City of New York v. Uvalde Asphalt Company.—Motion granted, with ten dollars costs to respondent.

Francis L. Wallace and Another v. Michael G. Bouvier and Others. Francis L. Wallace and Another v. St. Thomas' Church.— Motions granted unless appellants comply with terms stated in order.

Metropolitan Trust Company v. New York Finance Company.— Motion granted, with ten dollars costs.

Paul Shotland v. Delia Mulligan.— Application denied, with ten dollars costs.

Mary Lawrence v. James H. Lawrence.— Motion granted, case set down for argument Friday, December sixteenth.

Edwin E. Post and Another v. Edward R. Thomas and Others.— Motion denied, with ten dollars costs.

In the Matter of Maud E. Mather.— Motion for resettlement denied.

In the Matter of Maud E. Mather.— Motion for stay denied. Settle order on notice.

Frederick W. Anderson v. Rachel S. Beston.— Motion denied, with ten dollars costs.

Joseph Liccione v. Robert J. Collier.— Motion denied, with ten dollars costs.

Marie Friedlander v. Nathan Citrone and Another.—Motion denied, with ten dollars costs.

John R. Binns v. Vitagraph Company.— Motion denied, with ten dollars costs.

John G. Meister v. William H. Woolverton.— Motion granted.

Louis Moreau v. Otto T. Bannard and Others.— Motion denied, with ten dollars costs.

Grade Damage Commission. (In the Matter of T. B. S. Gray.) (In the Matter of Mott Haven Company.) (In the Matter of W. W. Astor.) (In the Matter of E. C. Gainsburg.) (In the Matter of E. A. Morrison.) (In the Matter of E. E.